UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OLEMA URU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-02524 (PLF) |
| | ) | |
| MARCO RUBIO, | ) | |
| Secretary of the U.S. Department | ) | |
| of State, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motion to Dismiss [Dkt. No. 9] is GRANTED; it is

FURTHER ORDERED that plaintiff's Emergency Motion for Temporary Restraining Order [Dkt. No. 6] is DENIED; it is

FURTHER ORDERED that plaintiff's Original Complaint for Writ of Mandamus and Declaratory and Injunctive Relief [Dkt. No. 1] is DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2\25\26